# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DARLENE BRAUD**                            **CIVIL ACTION**

**VERSUS**                                         **NO. 17-320-JWD-EWD**

**WAL-MART STORES, INC., ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on October 6, 2017.

                                                       **ERIN WILDER-DOOMES**
                                                       **UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DARLENE BRAUD**                                                      **CIVIL ACTION**

**VERSUS**                                                              **NO. 17-320-JWD-EWD**

**WAL-MART STORES, INC., ET AL.**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The case was removed to this court on May 19, 2017.[1] A review of the docket shows no service information as to either defendant Wal-Mart Store No. 0485 or defendant Lance Doe and no responsive pleading has been filed on behalf of either defendant, nor has Plaintiff sought to obtain an entry of default as to either defendant. The court entered a Notice to Counsel on July 14, 2017 continuing the scheduling conference in this matter due to lack of service information regarding Wal-Mart Store No. 0485 and Lance Doe.[2] After plaintiff still failed to take action, the court issued an Order to Show Cause why plaintiff's claims against Wal-Mart Store No. 0485 and Lance Doe should not be dismissed pursuant to Local Civil Rule 41(b)(1)(A) or (B).[3] The Order to Show Cause set a hearing for October 2, 2017. Alternatively, the Order to Show Cause permitted the plaintiff to file a motion for clerk's entry of default with appropriate proof of service as to Wal-Mart Store No. 0485 and Lance Doe by September 25, 2017. The plaintiff has not filed a motion for entry of clerk's default, nor was any appearance made at the show cause hearing on October 2, 2017.

---

[1] R. Doc. 1.
[2] R. Doc. 5.
[3] R. Doc. 6.

Local Civil Rule 41(b)(1)(A) provides for dismissal for lack of prosecution where no service of process has been made within 120 days after filing of the complaint. Local Civil Rule 41(b)(1)(B) provides for dismissal for lack of prosecution where no responsive pleadings have been filed or no default has been entered within sixty days after service of process, except when Fed. R. Civ. P. 12(a)(3) (dealing with suits against officers or employees of the United States in their individual capacity) applies or a dispositive motion is pending. As set forth above, there is no information in the record of this matter to indicate that either defendant Wal-Mart Store No. 0485 or defendant Lance Doe was served and more than 120 days have passed since the case was removed to this court on May 19, 2017 (the Petition for Damages was actually filed in state court on April 13, 2017.[4] Further, even if either defendant was served, no responsive pleadings have been filed on behalf of either defendant nor has a default been entered. Additionally, a review of the docket shows that this is not a case where Fed. R. Civ. P. 12(a)(3) is implicated, nor is any dispositive motion pending.

Accordingly, the undersigned **RECOMMENDS** dismissal of Plaintiff's claims against defendants Wal-Mart Store No. 0485 and Lance Doe without prejudice pursuant to Local Civil Rule 41(b)(3). Further the undersigned **RECOMMENDS** that if this Report and Recommendation is adopted and an Order of Dismissal is entered, such order allow for reinstatement of the action against defendants Wal-Mart Store No. 0485 and Lance Doe within thirty days for good cause shown.

Signed in Baton Rouge, Louisiana, on October 6, 2017.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[4] R. Doc. 1-2 at p. 1.