UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARLENE BRAUD

VERSUS

WAL-MART STORES, INC., ET AL.

CIVIL ACTION

NO. 17-320-JWD-EWD

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated October 6, 2017, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's claims against defendants Wal-Mart Store No. 0485 and Lance Doe are dismissed without prejudice pursuant to Local Civil Rule 41(b)(3).

**IT IS FURTHER ORDERED** that Plaintiff will be allowed to file a motion for reinstatement of the action against defendants Wal-Mart Store No. 0485 and Lance Doe within thirty days for good cause shown.

Signed in Baton Rouge, Louisiana, on November 1, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**