UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DARLENE BRAUD

VERSUS

WAL-MART STORES,
INC., ET AL.

CIVIL ACTION

NO. 17-320-JWD-EWD

## NOTICE TO COUNSEL

Plaintiffs' opposition (Doc. 37) to Defendant's motion for summary judgment (Doc. 35) is hereby **STRICKEN FROM THE RECORD**. Plaintiffs have failed to attach summary judgment evidence in opposition of Defendant's motion and/or have failed to provide citations to specific pages of the record to support their position. Both of these deficiencies make Plaintiff's opposition fatally flawed. *See* Fed. R. Civ. P. 56(c)(1)(A), (3); *Ragas v. Tenn. Gas Pipeline Co.*, 136 F.3d 455, 458 (5th Cir. 1998). Plaintiffs are hereby given seven **(7) days** from the date of this order to re-submit their opposition in proper form and with the evidence they rely upon. Defendant shall have **fourteen (14) days** thereafter to file a reply.

Signed in Baton Rouge, Louisiana, on March 28, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**